[No. 99. Decided April 6, 1891.]

ELISHA P. FERRY *et al.* v. THE COUNTY OF KING *et al.*

*Error to District Court, King County.*

*Thomas Burke,* and *J. C. Haines,* for plaintiffs in error.

*Ronald & Piles,* and *W. S. Bush,* for defendants in error.

ANDERS, C. J.—This action involves precisely the same questions presented in the case of *Ferry v. King Co., ante,* p. 337. The two causes were submitted together upon the printed briefs of counsel; and for the reasons given in the opinion in the former case, herewith filed, the judgment of the lower court is affirmed.

STILES, DUNBAR, and SCOTT, JJ., concur.

HOYT, J., not sitting.